# United States Court of Appeals
## For the First Circuit

No. 21-1197

JAMES GARREY

Petitioner, Appellant,

v.

SHEILA CREATON KELLY, Superintendent of MCI-Concord,

Respondent, Appellee.

**ERRATA SHEET**

The opinion of this Court, issued on December 12, 2025, is amended as follows:

On page 3, line 6 replace "Companionio" with "Companonio."